**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GENERAL MOTORS LLC and GM GLOBAL TECHNOLOGY OPERATIONS, LLC.,<br><br>Plaintiffs,<br><br>LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC., CCC INTELLIGENT SOLUTIONS HOLDINGS INC., CCC INTELLIGENT SOLUTIONS INC., GRAND HC AUTO TOOLING CORP., GORDON AUTO BODY PARTS CO., LTD., TONG YANG INDUSTRY CO. LTD., Y.C.C. PARTS MFG. CO., LTD, DEPO AUTO PARTS IND. CO., LTD., MAXZONE VEHICLE LIGHTING CORP., AUTO POWER CO., LTD., FORERUNNER AUTOMOTIVE INDUSTRIAL CORP., ANTRC INDUSTRIAL CORP., and PRO FORTUNE INDUSTRIAL CO., LTD.<br><br>Defendants. | Case No. 26-cv-01233<br><br>The Honorable Thomas M. Durkin |

**ORDER GRANTING UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION**

This Court having considered the Defendants CCC Intelligent Solutions Holdings, Inc., and CCC Intelligent Solutions, Inc. Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659 Pending Parallel ITC Action, IT IS HEREBY ORDERED:

1. The CCC Defendants' Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659 Pending Parallel ITC Action is hereby GRANTED;

2. Pursuant to 28 U.S.C. § 1659(a), this case is STAYED until *Certain Vehicle Parts and Components Thereof,* Inv. No. 337-TA-1491 by the U.S. International Trade Commission becomes final (including resolution of all appeals thereof).

The Honorable Thomas M. Durkin

Prepared by:

Timothy K. Sendek
Amanda J. Hamilton
**AKERMAN LLP**
71 S. Wacker Dr., 47th Floor
Chicago, Illinois 60606
312-634-5700
tim.sendek@akerman.com
1491_CCC@akerman.com
*Counsel for CCC Intelligent Solutions Inc. and CCC Intelligent Solutions Holdings Inc.*